## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Phyllis Post

                              Plaintiff,

v.                                                Case No.: 1:14–cv–02502
                                                         Honorable Robert M. Dow Jr.

Financial Asset Resolution, LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2014:

      MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Plaintiff Phyllis Post For Entry of Consent To Judgment [10] is granted. Defendant hereby consents to the following: Judgment entered in favor of Plaintiff in the amount of $5,000, plus interest and any attorneys' fees and costs reasonably incurred to collect this judgment. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.